GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:    (415) 974-6664
Facsimile:    (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:    (209) 473-6450
Facsimile:    (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, and DOE 1 through DOE 50, inclusive,<br><br>　　　　　Defendants. | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME TO  FILE JOINT STATUS REPORT** |

　　　　WHEREAS, on May 8, 2013, Defendant AUTOMATED GAMING TECHNOLOGIES, INC., ("Defendant") removed the above-referenced lawsuit ("Action") from Placer County Superior Court.

　　　　WHEREAS on May 8, 2013, the Court issued an ORDER REQUIRING JOINT STATUS REPORT which requires the Plaintiff KEITH R. CLAYTON and Defendant (Plaintiff and

Defendant are collectively referred to herein as "Parties") to file a Joint Status Report on or before July 8, 2013.

WHEREAS on May 15, 2013, Defendant filed a Motion to Dismiss For Lack of Personal Jurisdiction and/or Improper Venue or, in the Alternative, to Transfer Venue to the District of Nevada (the "Motion"). The hearing on the Motion is currently set for July 10, 2013, at 9:30 a.m.

WHEREAS on June 26, 2013, Plaintiff filed a Counter Motion For Leave To File Second Amended Complaint. ("Counter Motion") The hearing on the Counter Motion is also set for July 10, 2013 at 9:30 a.m.

WHEREAS the Parties desire to obtain the rulings on the Motion and Counter Motion prior to completing the Joint Status Report as the Court's rulings may affect several matters which are the subject of such report.

WHEREFORE, the Parties stipulate that the time to file the currently-scheduled Joint Status Report should be extended from July 8, 2013, to and including fourteen (14) days after the Court issues its rulings (or the last of its rulings) on the Motion and Counter Motion.

DATED: July 3, 2013

*/s/ Gilbert J. Premo*
GILBERT J. PREMO
Attorney for Plaintiff
KEITH R. CLAYTON

DATED: July 3, 2013        DOWNEY BRAND LLP

By:     */s/ Matthew J. Weber*
MATTHEW J. WEBER
Attorney for Defendant
AUTOMATED GAMING
TECHNOLOGIES, INC.

IT IS SO ORDERED

DATED: 7/3/2013

/S/ JOHN A. MENDEZ
JOHN A. MENDEZ
United States District Court Judge