GILBERT J. PREMO
Attorney at Law, State Bar No. 48503
500 Northfield Lane
Lincoln, CA 95648-8321
Telephone: (415) 974-6664
Fax: (415) 762-5350
email: gilbertpremo@gmail.com

Attorney for Plaintiff Keith R. Clayton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>           Plaintiff,<br><br>     vs.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, and DOE 1 through DOE 50, inclusive,<br><br>           Defendants | Case No. 2:13-CV-00907-JAM-EFB<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND/OR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT OF NEVADA<br><br>Date: July 10, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez<br>Courtroom 6, 14th Floor |

This motion of defendant Automated Gaming Technologies, Inc. (1) pursuant to Federal Rules of Civil Procedure 12(b )(2), for an order dismissing this action for lack of personal jurisdiction; (2) pursuant to Federal Rules of Civil Procedure 12(b)(3) and 28 U.S.C. §1406 (a) for an order dismissing or transferring this action to the United States District Court, District of Nevada, for improper venue; or (3) alternatively, pursuant to 28 U.S.C. §1404 (a), for an order transferring this action to the United States District Court District of Nevada, for convenience; came on regularly for hearing on July 10,2013, at 9:30 a.m. before the Honorable John A. Mendez, Judge of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California. Gilbert J. Premo, Esq. appeared as counsel for plaintiff Keith R. Clayton, and Anthony L. Vignolo, Esq., and Katie Konz, Esq., of Downey Brand LLP appeared as counsel for defendant Automated Gaming Technologies, Inc.

Order Denying AGT's Motion to Dismiss, etc.      1

The Court, having fully considered the papers submitted in support of and in opposition to the motion, and heard the argument of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Automated Gaming Technologies, Inc.'s motion to dismiss for lack of personal jurisdiction, its motion to dismiss or transfer for improper venue, and its motion to transfer for convenience, and each of them, are DENIED, for the reasons stated on the record at the hearing.

Dated: July 17, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

APPROVED AS CONFORMING TO
THE COURT'S RULING

DOWNEY BRAND LLP

By /s/ *Katie Konz*
    Katie Konz
Attorney for Defendant
AUTOMATED GAMING TECHNOLOGIES, INC.
Dated: July 16, 2013

Order Denying AGT's Motion to Dismiss, etc.     2