GILBERT J. PREMO
Attorney at Law, State Bar No. 48503
500 Northfield Lane
Lincoln, CA 95648-8321
Telephone: (415) 974-6664
Fax: (415) 762-5350
email: gilbertpremo@gmail.com

Attorney for Plaintiff Keith R. Clayton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>     Plaintiff,<br><br>  vs.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, and DOE 1 through DOE 50, inclusive,<br><br>     Defendants | Case No. 2:13-CV-00907-JAM-EFB<br><br>ORDER GRANTING PLAINTIFF'S COUNTER-MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Date: July 10, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez<br>Courtroom 6, 14th Floor |

The counter-motion of plaintiff Keith R. Clayton for leave to file a Second Amended Complaint, came on for hearing on July 10, 2013, at 9:30 a.m. before the Honorable John A. Mendez, Judge of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California. Gilbert J. Premo, Esq. appeared as counsel for plaintiff, and Anthony L. Vignolo, Esq., and Katie Konz, Esq., of Downey Brand LLP appeared as counsel for defendant Automated Gaming Technologies, Inc. ("defendant"). The motion was not opposed. Good cause therefor appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff Keith R. Clayton's counter-motion for leave to file a Second Amended Complaint, a copy of which was attached to his counter-motion, is GRANTED;

2. The said Second Amended Complaint is deemed filed July 10, 2013;

//

3.  Defendant shall have twenty (20) days from July 10, 2013 to respond to the said Second Amended Complaint.

Dated: July 17, 2013

                    /s/ John A. Mendez
                    JOHN A. MENDEZ
                    United States District Court Judge

APPROVED AS CONFORMING TO
THE COURT'S RULING

DOWNEY BRAND LLP

By /s/ *Katie Konz*
    Katie Konz
Attorney for Defendant
AUTOMATED GAMING TECHNOLOGIES, INC.
Dated: July 16, 2013