GILBERT J. PREMO
Attorney at Law, State Bar No. 48503
500 Northfield Lane
Lincoln, CA 95648-8321
Telephone: (415) 974-6664
Fax: (415) 762-5350
email: gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
Keith R. Clayton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>     Plaintiff,<br><br>vs.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, and DOE 1 through DOE 50, inclusive,<br><br>     Defendants<br>_____<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation,<br><br>     Counter-Claimant,<br><br>v.<br><br>KEITH R. CLAYTON, and DOES 1 through 10, inclusive,<br><br>     Counter-Defendants.<br>_____ | Case No. 2:13-CV-00907-JAM-EFB .<br><br>STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO COUNTERCLAIM;<br><br>ORDER THEREON |

This stipulation is made by and between plaintiff and counter-defendant Keith R. Clayton ("plaintiff") and defendant and counter-claimant Automated Gaming Technologies, Inc. ("AGT"), through their respective counsel, with reference to the following facts:

. On July 30, 2013, AGT filed and served herein an "Answer to Second Amended Complaint and Counterclaims for Damages", alleging in that portion of the pleading captioned "AGT's COUNTERCLAIM" (the "Counterclaim"), four (4) alleged Claims for Relief against plaintiff.

Stipulation of Extend Time for Respond 1

1. Plaintiff has stated that he intends to file a motion to dismiss under Rule 12 (b) as to one or more of the alleged Claims for Relief in the said Counterclaim, on the grounds that it or they fail to state a claim upon which relief can be granted;

2. The parties agree, in accordance with the majority of courts that have considered the matter, that the filing of a motion to dismiss as to any part of a pleading extends, under Rule 12 (a)(4), the time to respond not only as to the claims subject to the motion, but also as those claims that are not subject to the motion, until fourteen (14) days after notice of the court's action on the motion, and plaintiff wishes this to be made explicit.

NOW, THEREFORE, in view of the premises, the parties do stipulate and agreed that if plaintiff files a timely motion to dismiss under Rule 12 (b) as to any part of the said Counterclaim, plaintiff's time to respond to those claims in the Counterclaim that are not subject to the motion is and shall be also extended to and including fourteen (14) days after notice of the court's action on the motion.

Dated: August 15, 2013

/s/ *Gilbert J. Premo*
GILBERT J. PREMO
Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

Dated: August 15, 2013

DOWNEY BRAND LLP

By /s/ *Matthew J. Weber*
MATTHEW J. WEBER
Attorney for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

IT IS SO ORDERED.

Dated: 8/16/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Stipulation of Extend Time for Respond 2