**GILBERT J. PREMO**
Attorney at Law (Bar No. 48503)
500 Northfield Lane
San Francisco, CA  94105
Telephone:  (415) 974-6664
Facsimile:  (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

**DOWNEY BRAND LLC**
MATTHEW WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436))
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:    (209) 473-6450
Facsimile:     (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R CLAYTON,<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC. a Nevada corporation, JOHN R. PRATHER and ROBERT MAGNANTI,<br><br>　　　　　　Defendants.<br>--------------------------------------------------------<br><br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>STIPULATION TO FURTHER EXTEND PLAINTIFF'S TIME TO RESPOND TO AUTOMATED GAMING TECHNOLOGIES, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE |

It is hereby stipulated, by and between the parties thereto, through their respective counsel, that <u>the</u> time for plaintiff Keith R. Clayton to respond to defendant "Automated Gaming Technologies, Inc.'s Request For Production Of Documents And Things, Set One", dated and served November 1, 2013, may be, and is hereby, further extended twenty-eight (28) days, from December 20, 2013 to and including Friday, January 17, 2014.

//

---

1
**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO AGT'S FIRST DOCUMENT REQUEST**

There has been one previous stipulated extension of sixteen (16) days, making the total extensions forty-four (44) days.  No other parties than the parties to this stipulation have yet appeared in this action.

DATED:  December _9, 2013          DOWNEY BRAND LLP


                                    By:  /s/ *Katie Konz*_____
                                         KATIE KONZ
                                    Attorney for Defendant and Counter-Claimant
                                    AUTOMATED GAMING TECHNOLOGIES, INC.


DATED:  December 9, 2013

                                    By:  /s/ *Gilbert J. Premo*_____
                                         GILBERT J. PREMO
                                    Attorney for Plaintiff and Counter-Defendant
                                    KEITH R. CLAYTON


IT IS SO ORDERED.

Dated:   December 12, 2013          _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

---