1  **GILBERT J. PREMO**
Attorney at Law (Bar No. 48503)
2  500 Northfield Lane
San Francisco, CA  94105
3  Telephone:  (415) 974-6664
Facsimile:  (415) 762-5350
4  gilbertpremo@gmail.com

5  Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON
6
**DOWNEY BRAND LLC**
7  MATTHEW WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436))
8  3425 Brookside Road, Suite A
Stockton, CA  95219-1757
9  Telephone:    (209) 473-6450
Facsimile:     (209) 473-6455
10 mweber@downeybrand.com
kkonz@downeybrand.com
11
Attorneys for Defendant and Counter-Claimant
12 AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEITH R CLAYTON,<br><br>                  Plaintiff<br>vs.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC. a Nevada corporation, JOHN R. PRATHER and ROBERT MAGNANTI,<br><br>                  Defendants.<br>--------------------------------------------------------<br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>STIPULATION TO FURTHER EXTEND PLAINTIFF'S TIME TO RESPOND TO AUTOMATED GAMING TECHNOLOGIES, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE |
|---|---|

It is hereby stipulated, by and between the parties thereto, through their respective counsel, that <u>the</u> time for plaintiff Keith R. Clayton to respond to defendant "Automated Gaming Technologies, Inc.'s Request For Production Of Documents And Things, Set One", dated and served November 1, 2013, may be, and is hereby, further extended twenty-eight (28) days, from December 20, 2013 to and including Friday, January 17, 2014.

//

---

1
**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO AGT'S FIRST DOCUMENT REQUEST**

There has been one previous stipulated extension of sixteen (16) days, making the total extensions forty-four (44) days.  No other parties than the parties to this   stipulation  have  yet appeared in this action.

DATED:  December _9, 2013          DOWNEY BRAND LLP

                                   By:  /s/ *Katie Konz*_____
                                          KATIE KONZ
                                   Attorney for Defendant and Counter-Claimant
                                   AUTOMATED GAMING TECHNOLOGIES, INC.

DATED:  December 9, 2013

                                   By:  /s/ *Gilbert J. Premo*_____
                                          GILBERT J. PREMO
                                   Attorney for Plaintiff and Counter-Defendant
                                   KEITH R. CLAYTON

IT IS SO ORDERED.

Dated:   December 12, 2013         _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

---

**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO AGT'S FIRST DOCUMENT REQUEST**