DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone: (209) 473-6450
Facsimile: (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendants
AUTOMATED GAMING TECHNOLOGIES, INC.,
JOHN PRATHER, and ROBERT MAGNANTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>    Plaintiff,<br><br>  v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, JOHN R. PRATHER and ROBERT MAGNANTI,<br><br>    Defendants. | Case No. 2:13-cv-00907-JAM-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |

  Pursuant to Eastern District Local Rule 144, Plaintiff KEITH R. CLAYTON ("Plaintiff") and Defendants AUTOMATED GAMING TECHNOLOGIES, INC. ("AGT"), JOHN PRATHER ("Prather"), and ROBERT MAGNANTI ("Magnanti") (collectively, "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

  1. The current deadline for Defendant AGT to file a response to the Third Amended Complaint filed by Plaintiff on November 27, 2013 is December 27, 2013.  According to Plaintiff, the current deadline for Defendants Prather and Magnanti to file a response to the Third Amended Complaint is December 30, 2013.

  2. Defendants seek additional time to respond to the Third Amended Complaint, which amounts to an additional 10 days for Defendant AGT and an additional 7 days for

Defendants Prather and Magnanti to file a response to the Third Amended Complaint, and Plaintiff agrees to that request.

3. Based on the foregoing, the new deadline for Defendants to file a response to the Third Amended Complaint is January 6, 2014.

4. Except for the current stipulation contained herein, no extensions of time to respond to the Third Amended Complaint have previously been granted.

DATED:  December 20, 2013        DOWNEY BRAND LLP

By: _____*/s/ Katie Konz*_____
MATTHEW J. WEBER
KATIE KONZ
Attorney for Defendants
AUTOMATED GAMING TECHNOLOGIES, INC., JOHN PRATHER, and ROBERT MAGNANTI

DATED:  December 20, 2013

_____*/s/ Gilbert J. Premo*_____
GILBERT J. PREMO
Attorney for Plaintiff
KEITH R. CLAYTON

IT IS SO ORDERED.

DATED: 12/20/2013        /s/ John A. Mendez_____
                         United States District Court Judge

1351399.2

2

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT