**GILBERT J. PREMO**
Attorney at Law (Bar No. 48503)
500 Northfield Lane
San Francisco, CA  94105
Telephone:  (415) 974-6664
Facsimile:  (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

**DOWNEY BRAND LLP**
MATTHEW WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436))
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:     (209) 473-6450
Facsimile:      (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.
and Defendants John R. Prather and Robert Magnanti

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R CLAYTON, .<br><br>                     Plaintiff<br><br>vs.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC. a Nevada corporation,  JOHN R. PRATHER and ROBERT MAGNANTI,<br><br>                     Defendants.<br>-----------------------------------------------------------<br><br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>STIPULATION TO FURTHER EXTEND PLAINTIFF'S TIME TO RESPOND TO AUTOMATED GAMING TECHNOLOGIES, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE |

It is hereby stipulated, by and between the parties thereto, through their respective counsel, that <u>the</u> time for plaintiff Keith R. Clayton to respond to defendant "Automated Gaming Technologies, Inc.'s Request For Production Of Documents And Things, Set One", dated and served November 1, 2013, may be, and is hereby, further extended seven additional days,  from January 17, 2014 to and including Friday, January 24, 2014.

/////

---

1
**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO AGT'S FIRST DOCUMENT REQUEST**

There has been two previous stipulated extensions of a total of forty-four (44) days.

DATED:  January 6,  2014        DOWNEY BRAND LLP

By:  /s/ *Katie Konz*_____
    KATIE KONZ

Attorney for Defendant and Counter-Claimant AUTOMATED GAMING TECHNOLOGIES, INC. and Defendants John R. Prather and Robert Magnanti

DATED:  January 6, 2014

By:  /s/ *Gilbert J. Premo*_____
    GILBERT J. PREMO

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

IT IS SO ORDERED.

Dated:   January 8, 2014

_____
EDMUND F. BRENNAN
United States Magistrate Judge