**GILBERT J. PREMO**
Attorney at Law (Bar No. 48503)
500 Northfield Lane
San Francisco, CA  94105
Telephone:  (415) 974-6664
Facsimile:  (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

**DOWNEY BRAND LLP**
MATTHEW WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436))
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:    (209) 473-6450
Facsimile:     (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.
and Defendants John R. Prather and Robert Magnanti

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R CLAYTON,<br><br>                    Plaintiff<br>vs.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC. a Nevada corporation,  JOHN R. PRATHER and ROBERT MAGNANTI,<br><br>                    Defendants.<br>---------------------------------------------------------<br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>STIPULATION TO FURTHER EXTEND PLAINTIFF'S TIME TO RESPOND TO AUTOMATED GAMING TECHNOLOGIES, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE |

It is hereby stipulated, by and between the parties thereto, through their respective counsel, that the time for plaintiff Keith R. Clayton to respond to defendant "Automated Gaming Technologies, Inc.'s Request For Production Of Documents And Things, Set One", dated and served November 1, 2013, may be, and is hereby, further extended fourteen   (14) additional days,  from January 24, 2014 to and including Friday, February 7, 2014.

//

The parties have agreed to this extension in consideration, among other things, of the fact that the parties are, as permitted by the Court's order of November 27, 2013, to file an Amended Joint Status Report by January 27, 2014, further attempting to negotiate a stipulated protective order in connection with pending disputed issues concerning plaintiff's document requests to defendant AGT, and there have been recent amendments to the pleadings, all of which may affect the responses.

There has been three previous stipulated extensions of a total of fifty-one (51) days.

DATED: January 13, 2014         DOWNEY BRAND LLP

                                By: /s/ *Katie Konz*_____
                                        KATIE KONZ
                                Attorney for Defendant and Counter-Claimant
                                AUTOMATED GAMING TECHNOLOGIES, INC. and
                                Defendants John R. Prather and Robert Magnanti

DATED: January 13, 2014

                                By: /s/ *Gilbert J. Premo*_____
                                        GILBERT J. PREMO
                                Attorney for Plaintiff and Counter-Defendant
                                KEITH R. CLAYTON

IT IS SO ORDERED.

Dated: January 15, 2014         _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO AGT'S FIRST DOCUMENT REQUEST**