1  GILBERT J. PREMO (Bar No. 48503)
   500 Northfield Lane
2  Lincoln, CA  95648-8321
   Telephone:    (415) 974-6664
3  Facsimile:    (415) 762-5350
   gilbertpremo@gmail.com
4
   Attorney for Plaintiff and Counter-Defendant
5  KEITH R. CLAYTON

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | KEITH R. CLAYTON,                              | Case No.  2:13-cv-00907-JAM-EFB
12 |                    Plaintiff,                  | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO AGT's FIRST AMENDED COUNTERCLAIMS**
13 |         v.                                     |
14 | AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al. |
15 |                                                |
16 |                    Defendants.                 | **ORDER THEREON**
17 | AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, |
18 |                                                |
19 |                    Counter-Claimant            |
20 |         v.                                     |
21 | KEITH R. CLAYTON,                              |
22 |                    Counter-Defendant.          |

23
24        This stipulation is made by and between plaintiff and counter-defendant Keith R. Clayton

25 ("plaintiff") and defendant and counter-claimant Automated Gaming Technologies, Inc.

26 ("AGT"), through their respective counsel, with reference to the following facts:

27        A.  On January 6, 2014, AGT filed, and served by electronic mail herein, AGT's "FIRST

28 AMENDED COUNTERCLAIMS" against plaintiff.

   B.  The Court's Order of November 27, 2013 (Docket No. 59) granting plaintiff's motion to dismiss AGT original counterclaim, with leave to amend, provided that if AGT filed an amended counterclaim, plaintiff's response shall be filed within 30 days thereafter.

   C.  Plaintiff has raised a question as to whether his time to respond is extended by electronic service under FRCP Rule 6, but in any event AGT is willing to stipulate that the time for plaintiff to respond to AGT's "FIRST AMENDED COUNTERCLAIMS" be extended to and including February 10, 2014.

   NOW THEREFORE, it is hereby stipulated and agreed that plaintiff's time to respond to AGT's "FIRST AMENDED COUNTERCLAIM" shall be extended to and including FEBRUARY 10, 2014, which is an extension of five (5) days beyond 30 days from the filing of said counterclaim.

DATED:  January 28, 2013

/s/__Gilbert J. Premo_____  _____
GILBERT J. PREMO
Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DATED:  January 28, 2013        DOWNEY BRAND LLP

By:   /s/ Katie Konz
KATIE KONZ
Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING
TECHNOLOGIES, INC.

IT IS SO ORDERED

DATED:  January 29, 2014

/s/ John A. Mendez_____
United States District Court Judge