**GILBERT J. PREMO**
Attorney at Law (Bar No. 48503)
500 Northfield Lane
San Francisco, CA  94105
Telephone:  (415) 974-6664
Facsimile:  (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

**DOWNEY BRAND LLP**
MATTHEW WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436))
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:     (209) 473-6450
Facsimile:     (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.
and Defendants John R. Prather and Robert Magnanti

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R CLAYTON,<br><br>                    Plaintiff<br>vs.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC. a Nevada corporation,  JOHN R. PRATHER and ROBERT MAGNANTI,<br><br>                    Defendants.<br>---------------------------------------------------------<br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>STIPULATION AND ORDER TO FURTHER EXTEND PLAINTIFF'S TIME TO RESPOND TO AUTOMATED GAMING TECHNOLOGIES, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, SET ONE |

It is hereby stipulated, by and between the parties thereto, through their respective counsel, that the time for plaintiff Keith R. Clayton to respond to defendant "Automated Gaming Technologies, Inc.'s Request For Production Of Documents And Things, Set One", dated and served November 1, 2013, may be, and is hereby, further extended thirty  (35) additional days,  from February 7, 2014 to Friday, March 14, 2014.

//

---

1
**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO AGT'S FIRST DOCUMENT REQUEST**

The parties have agreed to this extension in consideration, among other things, of the fact that the parties with the Court's permission filed an Amended Joint Status Report on January 27, 2014 to extend, among other things, current discovery cut-offs, are further attempting to negotiate a stipulated protective order in connection with pending disputed issues concerning plaintiff's document requests to defendant Automated Gaming Technologies, Inc., and plaintiff's motions with respect thereto, now continued for hearing to March 12, 2014, and there have been recent amendments to the pleadings, and pending or prospective motions to dismiss the same, all of which may affect the responses.

There has been four previous stipulated extensions of a total of sixty five (65) days.

DATED: January 28, 2014         DOWNEY BRAND LLP

                                By: /s/ *Katie Konz*_____
                                     KATIE KONZ
                                Attorney for Defendant and Counter-Claimant AUTOMATED GAMING TECHNOLOGIES, INC. and Defendants John R. Prather and Robert Magnanti

DATED:  January 28, 2014

                                By: /s/ *Gilbert J. Premo*_____
                                     GILBERT J. PREMO
                                Attorney for Plaintiff and Counter-Defendant
                                KEITH R. CLAYTON

IT IS SO ORDERED.

Dated:  January 29, 2014.       _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

---

2

**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO AGT'S FIRST DOCUMENT REQUEST**