GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:     (415) 974-6664
Facsimile:     (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:     (209) 473-6450
Facsimile:     (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>               Plaintiff,<br><br>     v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION FURTHER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AUTOMATED GAMING TECHNOLOGIES, INC. TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND TO COMPEL AGT AND ITS ATTORNEYS TO PAY THE REASONABLE EXPENSES OF THE MOTION; [PROPOSED] ORDER THEREON**<br><br>New Hrg. Date:  June 25,  2014<br>Previous Hrg Date: June 4, 2014<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>     Courtroom 8, 13th Floor |

1324926.1                                                                  1

STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL RE: FIRST DOCUMENT REQUEST

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's "Motion to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to Plaintiff's First Request for Production of Documents, and to Compel AGT and its Attorneys to Pay the Reasonable Expenses of the Motion", previously continued to June 4, 2014 at 10:00 a.m. before the Honorable Magistrate Judge Edmund F. Brennan, in Courtroom 8, 13th Floor, located at 501 I Street, Sacramento, California, may and shall hereby be further continued to JUNE 25, 2014 at the same hour and place.

The parties have been engaged in continuing negotiations regarding the Document Request, and have progressively and substantially reduced the areas of disagreement between them, and believe that such continuance will allow time for further reduction of such areas of disagreement, service of a supplement response and any further document production, and/or preparation of a focused and up-to-date Joint Statement re Discovery Dispute on any remaining areas of disagreement.

Dated: May 21, 2014        /s/ *Gilbert J. Premo*_____
                           GILBERT J. PREMO
                           Attorney for Plaintiff and Counter-Defendant
                           Keith R. Clayton

Dated: May 21, 2014        DOWNEY BRAND LLP

                           By /s/ *Katie Konz*_____
                           KATIE KONZ
                           Attorneys for Defendant and Counter-Claimant
                           AUTOMATED GAMING TECHNOLOGIES, INC.

IT IS SO ORDERED.

DATED: May 29, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1324926.1

2

STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL RE: FIRST DOCUMENT REQUEST