GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:     (415) 974-6664
Facsimile:      (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:     (209) 473-6450
Facsimile:      (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>    Plaintiff,<br><br> v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION FURTHER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AUTOMATED GAMING TECHNOLOGIES, INC. TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS, AND TO COMPEL AGT AND ITS ATTORNEYS TO PAY THE REASONABLE EXPENSES OF THE MOTION; [~~PROPOSED~~] ORDER THEREON**<br><br>New Hrg. Date:  June 25, 2014<br>Previous Hrg Date: June 4, 2014<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>  Courtroom 8, 13th Floor |

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's "Motion to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to Plaintiff's Second Request for Production of Documents, and to Compel AGT and its Attorneys to Pay the Reasonable Expenses of the Motion", previously continued to June 4, 2014 at 10:00 a.m. before the Honorable Magistrate Judge Edmund F. Brennan, in Courtroom 8, 13th Floor, located at 501 I Street, Sacramento, California, may and shall hereby be further continued to JUNE 25, 2014, at the same hour and place.

The parties have been engaged in continuing negotiations regarding the Document Request, and have progressively and substantially reduced the areas of disagreement between them, and believe that such continuance will allow time for further reduction of such areas of disagreement, and for preparation of a focused and up-to-date Joint Statement re Discovery Dispute on any remaining areas of disagreement.

Dated: May 21, 2014        /s/ *Gilbert J. Premo*_____
                                                         GILBERT J. PREMO
                                                         Attorney for Plaintiff and Counter-Defendant
                                                         KEITH R. CLAYTON

Dated: May 21, 2014        DOWNEY BRAND LLP

                                                         By /s/ *Katie Konz*_____
                                                         KATIE KONZ
                                                         Attorneys for Defendant and Counter-Claimant
                                                         AUTOMATED GAMING TECHNOLOGIES, INC.

     IT IS SO ORDERED.

DATED: May 29, 2014.

                                                         _____
                                                         EDMUND F. BRENNAN
                                                         UNITED STATES MAGISTRATE JUDGE