GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA 95648-8321
Telephone: (415) 974-6664
Facsimile: (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone: (209) 473-6450
Facsimile: (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>            Plaintiff,<br><br>     v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:13-cv-00907-JAM-EFB<br><br>**STIPULATION FURTHER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AUTOMATED GAMING TECHNOLOGIES, INC. TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS, AND TO COMPEL AGT AND ITS ATTORNEYS TO PAY THE REASONABLE EXPENSES OF THE MOTION; [~~PROPOSED~~] ORDER THEREON**<br><br>New Hrg. Date: July **30**, 2014<br>Previous Hrg. Date: June 25, 2014<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>       Courtroom 8, 13th Floor |

1324926.1

1

STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL RE:'SECOND DOCUMENT REQUEST:

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's "Motion to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to Plaintiff's Second Request for Production of Documents, and to Compel AGT and its Attorneys to Pay the Reasonable Expenses of the Motion", previously continued to June 25, 2014 at 10:00 a.m. before the Honorable Magistrate Judge Edmund F. Brennan, in Courtroom 8, 13th Floor, located at 501 I Street, Sacramento, California, may and shall hereby be further continued to JULY 23, 2014, at the same hour and place.

The parties have been engaged in continuing negotiations regarding the subject Document Request, and have reduced the areas of disagreement, and defendant Automated Gaming Technologies, Inc. ("AGT") has advised that it is evaluating plaintiff's latest proposal, and the parties believe that such continuance may allow time for further reduction of the areas of disagreement.

Dated: June 17, 2014         /s/ *Gilbert J. Premo*_____
                             GILBERT J. PREMO
                             Attorney for Plaintiff and Counter-Defendant
                             KEITH R. CLAYTON

Dated: June 17, 2014         DOWNEY BRAND LLP

                             By /s/ *Katie Konz*_____
                             KATIE KONZ
                             Attorneys for Defendant and Counter-Claimant
                             AUTOMATED GAMING TECHNOLOGIES, INC.

/////
/////
/////
/////
/////
/////

1324926.1

2

STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL RE: SECOND DOCUMENT REQUEST

Hearing on plaintiff's "Motion to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to Plaintiff's Second Request for Production of Documents, and to Compel AGT and its Attorneys to Pay the Reasonable Expenses of the Motion" is CONTINUED to JULY 30, 2014 at 10:00 a.m. in Courtroom No. 8.

As modified above, IT IS SO ORDERED.

DATED: June 17, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE