GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA 95648-8321
Telephone:    (415) 974-6664
Facsimile:    (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
CHRISTOPER B. BURTON (Bar No. 296582)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone:    (209) 473-6450
Facsimile:    (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>              Plaintiff,<br><br>     v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>              Defendants.<br><br>_____<br>AND RELATED COUNTERCLAIM | Case No. 2:13-cv-00907-JAM-EFB<br><br>**STIPULATION CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AUTOMATED GAMING TECHNOLOGIES, INC. TO COMPLY WITH THE COURT'S ORDER OF AUGUST 6, 2014 TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND FOR SANCTIONS**<br><br>[~~PROPOSED~~] ORDER THEREON<br><br>New Hrg. Date: October **8**, 2014<br>Previous Hrg. Date: Sept. 17, 2014<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>    Courtroom 8, 13th Floor |

1324926.1                                            1

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's "Motion to Compel Defendant Automated Gaming Technologies, Inc. to Comply With the Court's Order of August 6, 2014 to Produce Documents Pursuant to Plaintiff's First Request for Production of Documents, and For Sanctions," filed on August 27, 2014, and noticed for hearing on September 17, 2014 at 10:00 a.m. before the Honorable Magistrate Judge Edmund F. Brennan, in Courtroom 8, 13th Floor, located at 501 I Street, Sacramento, California, may and shall hereby be continued to October 1, 2014, at the same hour and place, or if said date is not available to the Court, the first available date thereafter.

Dated: Sept. 9, 2014            /s/ *Gilbert J. Premo*_____
                                GILBERT J. PREMO
                                Attorney for Plaintiff and Counter-Defendant
                                KEITH R. CLAYTON

Dated: Sept 9, 2014             DOWNEY BRAND LLP

                                By /s/ *Katie Konz*_____
                                KATIE KONZ
                                Attorneys for Defendant and Counter-Claimant
                                AUTOMATED GAMING TECHNOLOGIES, INC.

IT IS SO ORDERED, save and except that the hearing is continued to October 8, 2014, at 10:00 a.m.

DATED: September 10, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE