1  GILBERT J. PREMO (Bar No. 48503)
   500 Northfield Lane
2  Lincoln, CA  95648-8321
   Telephone:    (415) 974-6664
3  Facsimile:    (415) 762-5350
   gilbertpremo@gmail.com
4
   Attorney for Plaintiff and Counter-Defendant
5  KEITH R. CLAYTON

6  DOWNEY BRAND LLP
   MATTHEW J. WEBER (Bar No. 227314)
7  KATIE KONZ (Bar No. 271436)
   CHRISTOPER B. BURTON (Bar No. 296582)
8  3425 Brookside Road, Suite A
   Stockton, CA  95219-1757
9  Telephone:    (209) 473-6450
   Facsimile:    (209) 473-6455
10 mweber@downeybrand.com
   kkonz@downeybrand.com
11

12 Attorneys for Defendant and Counter-Claimant
   AUTOMATED GAMING TECHNOLOGIES, INC.
13

14                          UNITED STATES DISTRICT COURT

15                          EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  KEITH R. CLAYTON, | Case No.  2:13-cv-00907-JAM-EFB |
| 18              Plaintiff, | **STIPULATION FURTHER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AUTOMATED GAMING TECHNOLOGIES, INC. TO COMPLY WITH THE COURT'S ORDER OF AUGUST 6, 2014  TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND FOR SANCTIONS** |
| 19       v. | |
| 20  AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al. | |
| 22              Defendants. | |
| 23  _____ | |
| 24  AND RELATED COUNTERCLAIM | [~~PROPOSED~~] ORDER THEREON |
| 25 | New Hrg. Date:  **November 5, 2014** |
| 26 | Previous Hrg Date: October 8, 2014<br>Time: 10:00 a.m. |
| 27 | Judge: Magistrate Judge Brennan<br>   Courtroom 8, 13th Floor |
| 28 | |

1324926.1                                    1

STIPULATION TO FURTHER CONTINUE HEARING ON MOTION TO ENFORCE ORDER

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's "Motion to Compel Defendant Automated Gaming Technologies, Inc. to Comply With the Court's Order of August 6, 2014 to Produce Documents Pursuant to Plaintiff's First Request for Production of Documents, and For Sanctions," filed on August 27, 2014, and previously continued for hearing on October 8, 2014 at 10:00 a.m. before the Honorable Magistrate Judge Edmund F. Brennan, in Courtroom 8, 13th Floor, located at 501 I Street, Sacramento, California, may and shall hereby be further continued to October 22, 2014, at the same hour and place, or if said date is not available to the Court, the first available date thereafter.

Dated: Sept.26, 2014     /s/ *Gilbert J. Premo*_____
                         GILBERT J. PREMO
                         Attorney for Plaintiff and Counter-Defendant
                         KEITH R. CLAYTON

Dated: Sept 26, 2014     DOWNEY BRAND LLP

                         By /s/ *Katie Konz*_____
                         KATIE KONZ
                         Attorneys for Defendant and Counter-Claimant
                         AUTOMATED GAMING TECHNOLOGIES, INC.

IT IS SO ORDERED, and the said hearing is continued to November 5, 2014, at 10:00 a.m.

DATED: September 29, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE