GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:     (415) 974-6664
Facsimile:      (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
CHRISTOPER B. BURTON (Bar No. 296582)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:     (209) 473-6450
Facsimile:      (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>           Plaintiff,<br><br>     v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION FURTHER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AUTOMATED GAMING TECHNOLOGIES, INC. TO COMPLY WITH THE COURT'S ORDER OF AUGUST 6, 2014  TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, AND FOR SANCTIONS**<br><br>[~~PROPOSED~~] ORDER THEREON<br><br>New Hrg. Date:  Dec. 17, 2014<br>Previous Hrg Date: Dec. 3, 2014<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>   Courtroom 8, 13th Floor |

1324926.1

1

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's "Motion to Compel Defendant Automated Gaming Technologies, Inc. to Comply With the Court's Order of August 6, 2014 to Produce Documents Pursuant to Plaintiff's First Request for Production of Documents, and For Sanctions," filed on August 27, 2014, and previously continued for hearing on December 3, 2014 at 10:00 a.m. before the Honorable Magistrate Judge Edmund F. Brennan, in Courtroom 8, 13th Floor, located at 501 I Street, Sacramento, California, may and shall hereby be further continued to December 17, 2014, at the same hour and place, or if said date is not available to the Court, the first available hearing date thereafter.

This stipulation is made in consideration of the fact that the responsible attorneys for Defendant Automated Gaming Technologies, Inc. have been engaged in trial, and the parties are continuing to meet and confer on the dispute.

Respectfully submitted.

Dated: Nov. 25, 2014         /s/ *Gilbert J. Premo*_____
                             GILBERT J. PREMO
                             Attorney for Plaintiff and Counter-Defendant
                             KEITH R. CLAYTON

Dated: Nov.25, 2014          DOWNEY BRAND LLP

                             By /s/ *Katie Konz*_____
                             KATIE KONZ
                             Attorneys for Defendant and Counter-Claimant
                             AUTOMATED GAMING TECHNOLOGIES, INC.

IT IS SO ORDERED, and the said hearing is continued to December 17, 2014, at 10:00 a.m.

DATED: December 1, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE