UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>         Plaintiff,<br><br>    v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, JOHN R. PRATHER, and ROBERT MAGNANTI,<br><br>         Defendants. | No. 2:13-cv-907-JAM-EFB<br><br>ORDER |
| AUTOMATED GAMING TECHNOLOGIES INC., a Nevada corporation,<br><br>         Counter-Claimant,<br><br>    v.<br><br>KEITH R. CLAYTON, and DOES 1 through 10, inclusive,<br><br>         Counter-Defendants. | |

On December 17, 2014, this matter was before the court for hearing on plaintiff's motion to compel defendant AGT's compliance with this court's August 6, 2014 order. ECF No. 144. Attorney Gilbert Premo appeared on behalf of plaintiff; attorney Christopher Burton appeared on behalf of defendant AGT. For the reasons stated on the record, plaintiff's motion to compel is granted.

1

1     Within seven (7) days of this order, AGT shall produce all accounting ledgers and journals
2  in "Quickbooks" native format in its possession or control as demanded in plaintiff's Request for
3  Production of Documents Number 11.  Also within 7 days of the date of this order, plaintiff's
4  counsel shall serve a subpoena on Sanford & Company, CPA, and/or Andrea Foster for any such
5  documents that are in Sanford & Company and/or Andrea Foster's possession or control.  In light
6  of the fact that Ms. Foster and Sanford &Company have been aware since August 2014 that
7  AGT's accounting ledgers and journals in "Quickbooks" native format were the subject of a
8  discovery dispute in this litigation, the return date for the subpoena shall be no more than 7 days
9  from the date of service.  The subpoena shall specify that the files are to be produced in their
10 native "Quickbooks" format.
11     So Ordered.
12 DATED:  December 17, 2014.
                                             EDMUND F. BRENNAN
13                                           UNITED STATES MAGISTRATE JUDGE

2