GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:    (415) 974-6664
Facsimile:    (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
CHRISTOPHER B. BURTON (Bar No. 296582)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:    (209) 473-6450
Facsimile:    (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>　　　　　Defendants.<br>_____<br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AGT TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S THIRD DOCUMENT REQUEST**<br><br>**[PROPOSED] ORDER THEREON**<br><br>New Hrg. Date: January 21, 2015<br>Previous Hrg Date: January 14, 2015<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>　　Courtroom 8, 13th Floor |

　　　　The undersigned parties hereby stipulate and agree that the hearing on plaintiff's  "Motion to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to

Plaintiff s Third Request for Production of Documents, and to Recover the Reasonable Expenses of the Motion," filed and served on December 17, 2014, and previously set for hearing on January 14, 2015, at 10:00 a.m. in Courtroom 8, 13th Floor, of the above-entitled Court, before Judge Edmund F. Brennan, may and shall hereby be continued to January 21, 2015, at the same hour and place, or if said date is not available to the Court, the first available hearing date thereafter.

This stipulation is made in consideration of the fact that the parties are continuing to meet and confer on the dispute.

Respectfully submitted.

Dated: Jan. 6, 2015   /s/ *Gilbert J. Premo*_____
GILBERT J. PREMO
Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

Dated: Jan. 6, 2015   DOWNEY BRAND LLP

By /s/ *Matthew Weber*_____
MATTHEW J. WEBER
Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

IT IS SO ORDERED, and the hearing is continued to January 21, 2015, at 10:00 a.m.

DATED:   January 7, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE