UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>   Plaintiff,<br><br>   v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, JOHN R. PRATHER, and ROBERT MAGNANTI,<br><br>   Defendants. | No. 2:13-cv-907-JAM-EFB<br><br>ORDER |
| AUTOMATED GAMING TECHNOLOGIES INC., a Nevada corporation,<br><br>   Counter-Claimant,<br><br>   v.<br><br>KEITH R. CLAYTON, and DOES 1 through 10, inclusive,<br><br>   Counter-Defendants. | |

   On January 21, 2015, this matter was before the court for hearing on plaintiff's motion to compel defendant Automated Gaming Technologies, Inc. ("AGT") to produce documents responsive to plaintiff's Third Request for Production of Documents, ECF No. 162, and plaintiff's motion to compel AGT to provide a further response to plaintiff's First Set of Interrogatories, ECF No. 163.

1

For the reasons stated on the record, plaintiff's motion to compel a further response to his First Set of Interrogatories is denied. As stated on the record, plaintiff's concerns are more appropriately addressed by way of a deposition of the person or persons having actual knowledge of defendant's representations in response to the interrogatory. Plaintiff's motion to compel the production of documents is granted. As for requests for production of documents numbers 10, 11, and 18-22, AGT shall provide a verification, signed under penalty of perjury, for each category of documents requested, describing in detail the search that was performed and the results of the search. As for the remaining requests for production—requests 1-9, 12-17, 23-43—AGT shall provide a further response, which identifies, by bates number or other means, the documents AGT claims it has already produced for each individual request. If AGT claims that no responsive documents are available for a specific request, AGT shall produce a verification, signed under penalty of perjury, for the particular request, describing in detail the search that was performed and the result of the search. AGT shall comply with this order by no later than February 4, 2015.

DATED: January 21, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE