GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:     (415) 974-6664
Facsimile:     (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
CHRISTOPER B. BURTON (Bar No. 296582)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:     (209) 473-6450
Facsimile:     (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>             Plaintiff,<br><br>     v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>             Defendants.<br>_____<br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION FOR ORDER COMPELLING ANSWERS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION**<br><br>[~~PROPOSED~~] ORDER THEREON<br><br>Hrg. Date:  February 11, 2015<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>    Courtroom 8, 13th Floor |

Plaintiff having filed on January  21, 2015 "Plaintiff's Notice of Motion and Motion to

Compel Defendant Automated Gaming Technologies, Inc. to Answer   or Further Answer

Plaintiff's Second Set of Requests for Admission, And/or to Have the Matters Therein Deemed

Admitted, and to Recover the Reasonable Expenses of the Motion" (ECF No. 117 ) , set for hearing on February 11, 2015 , at 10:00 a.m. in Courtroom 8, 13th Floor, of the above-entitled Court, before Judge Edmund F. Brennan, the undersigned parties hereby stipulate and agree that the Court may enter the following Order on the said motion, and that such Order shall be entered upon the Court's so ordering as set forth below:

"IT IS HEREBY ORDERED THAT:

1. Defendant Automated Gaming Technologies, Inc. ("AGT") shall, on or before February 20, 2015:

a. Serve amended and responsive answers in compliance with FRCP 36 to the following Requests for Admissions of "Plaintiff's Second Set of Requests for Admission to AGT," (the "RFA's"), which RFA's were served on November 5, 2014:

Requests Nos. 2, 4 through 36, inclusive, 69, 80 through 88, inclusive, 93 and 94; and

b. Serve responsive answers in compliance with FRCP 36 to the following Requests for Admission of the RFA's: Requests Nos. 37 through 68, inclusive, 70 through 79, inclusive, 89 through 92, inclusive, and No. 95.

2. Upon the entry of this Order, the hearing set for February 11, 2015 shall go off-calendar."

Dated:  Feb. 2, 2015            /s/ *Gilbert J. Premo*_____
                                GILBERT J. PREMO
                                Attorney for Plaintiff and Counter-Defendant
                                KEITH R. CLAYTON

Dated:  Feb. 2, 2015            DOWNEY BRAND LLP

                                By /s/ *Matthew Weber*_____
                                MATTHEW J. WEBER
                                Attorneys for Defendant and Counter-Claimant
                                AUTOMATED GAMING TECHNOLOGIES, INC.

Upon the Stipulation of the parties, IT IS SO ORDERED.

DATED: February 3, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE