GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA 95648-8321
Telephone: (415) 974-6664
Facsimile: (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
CHRISTOPER B. BURTON (Bar No. 296582)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone: (209) 473-6450
Facsimile: (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>                    Plaintiff,<br><br>     v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>                    Defendants.<br><br>_____<br>AND RELATED COUNTERCLAIM | Case No. 2:13-cv-00907-JAM-EFB<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AGT TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S FOURTH DOCUMENT REQUEST**<br><br>**[PROPOSED] ORDER THEREON**<br><br>New Hrg. Date: March 18, 2015<br>Previous Hrg Date: February 25, 2015<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>   Courtroom 8, 13th Floor |

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's " Motion to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to

1394872.1                                          1

Plaintiff's Fourth Request for Production of Documents, and to Recover the Reasonable Expenses of the Motion," filed and served on February 4, 2015, and previously set for hearing on February 25, 2015, at 10:00 a.m. in Courtroom 8, 13th Floor, of the above-entitled Court, before Judge Edmund F. Brennan, may and shall hereby be continued to March 18, 2015, at the same hour and place, or if said date is not available to the Court, the first available hearing date thereafter.

Respectfully submitted.

Dated:  Feb. 18, 2015        /s/ *Gilbert J. Premo*_____
                             GILBERT J. PREMO
                             Attorney for Plaintiff and Counter-Defendant
                             KEITH R. CLAYTON

Dated:  Feb. 18, 2015        DOWNEY BRAND LLP


                             By /s/ *Matthew Weber*_____
                             MATTHEW J. WEBER
                             Attorneys for Defendant and Counter-Claimant
                             AUTOMATED GAMING TECHNOLOGIES, INC.

IT IS SO ORDERED, and the said hearing is continued to March 18, 2015, at 10:00 a.m.

DATED: February 18, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE