GILBERT J. PREMO (Bar No. 48503)
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:      (415) 974-6664
Facsimile:       (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
CHRISTOPHER B. BURTON (Bar No. 296582)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:      (209) 473-6450
Facsimile:       (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>           Plaintiff,<br><br>     v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>           Defendants.<br>_____<br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AGT TO  PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S FOURTH DOCUMENT REQUEST**<br><br>**[PROPOSED] ORDER THEREON**<br><br>New Hrg. Date:       March 25, 2015<br>Previous Hrg Date: March 18, 2015<br>Time:                       10:00 a.m.<br>Judge:                    Magistrate Judge Brennan<br>                              Courtroom 8, 13th Floor |

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's " Motion to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to Plaintiff's Fourth Request for Production of Documents,  and  to Recover the Reasonable

1401324.1                                                                1

Expenses of the Motion," filed and served on February 4, 2015, and previously set for hearing on March 18, 2015, at 10:00 a.m. in Courtroom 8, 13th Floor, of the above-entitled Court, before Judge Edmund F. Brennan, may and shall hereby be continued to March 25, 2015, at the same hour and place, or if said date is not available to the Court, the first available hearing date thereafter.

     Respectfully submitted.

Dated: March 9, 2015

                                                        /s/ Gilbert J. Premo
                                                        GILBERT J. PREMO
                              Attorney for Plaintiff and Counter-Defendant
                                             KEITH R. CLAYTON

Dated: March 9, 2015                              DOWNEY BRAND LLP

                                       By:     /s/ Matthew J. Weber
                                                        MATTHEW J. WEBER
                              Attorneys for Defendant and Counter-Claimant
                                                 AUTOMATED GAMING
                                                 TECHNOLOGIES, INC.

     IT IS SO ORDERED, and the said hearing is continued to **April 8, 2015**, at 10:00 a.m.

DATED: March 9, 2015

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE