1  GILBERT J. PREMO (Bar No. 48503)
   500 Northfield Lane
2  Lincoln, CA  95648-8321
   Telephone:    (415) 974-6664
3  Facsimile:    (415) 762-5350
   gilbertpremo@gmail.com
4
   Attorney for Plaintiff and Counter-Defendant
5  KEITH R. CLAYTON

6  DOWNEY BRAND LLP
   MATTHEW J. WEBER (Bar No. 227314)
7  KATIE KONZ (Bar No. 271436)
   CHRISTOPHER B. BURTON (Bar No. 296582)
8  3425 Brookside Road, Suite A
   Stockton, CA  95219-1757
9  Telephone:    (209) 473-6450
   Facsimile:    (209) 473-6455
10 mweber@downeybrand.com
   kkonz@downeybrand.com
11

12 Attorneys for Defendant and Counter-Claimant
   AUTOMATED GAMING TECHNOLOGIES, INC.
13

14                UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>            Plaintiff,<br><br>    v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>            Defendants.<br><br>_____<br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AGT TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S FIFTH DOCUMENT REQUEST**<br><br>[**PROPOSED**] **ORDER THEREON**<br><br>New Hrg. Date:       March 25, 2015<br>Previous Hrg Date: March 18, 2015<br>Time:                      10:00 a.m.<br>Judge:                    Magistrate Judge Brennan<br>                              Courtroom 8, 13th Floor |

27    The undersigned parties hereby stipulate and agree that the hearing on plaintiff's "Motion

28 to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to

1401325.1                              1

STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL RE: 5TH RFP

(DOWNEY BRAND LLP — left margin)

Plaintiff's Fifth Request for Production of Documents, and to Recover the Reasonable Expenses of the Motion," filed and served on February 25, 2015, and previously set for hearing on March 18, 2015, at 10:00 a.m. in Courtroom 8, 13th Floor, of the above-entitled Court, before Judge Edmund F. Brennan, may and shall hereby be continued to March 25, 2015, at the same hour and place, or, if said date is not available to the Court, the first available hearing date thereafter.

    Respectfully submitted.

Dated: March 9, 2015

          */s/ Gilbert J. Premo*
          GILBERT J. PREMO
Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

Dated: March 9, 2015          DOWNEY BRAND LLP

By:    */s/ Matthew J. Weber*
      MATTHEW J. WEBER
Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

    IT IS SO ORDERED, and the said hearing is continued to **April 8, 2015**, at 10:00 a.m.

DATED: March 9, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE