DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
KATIE KONZ (Bar No. 271436)
CHRISTOPHER B. BURTON (Bar No. 296582)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:     (209) 473-6450
Facsimile:      (209) 473-6455
mweber@downeybrand.com
kkonz@downeybrand.com
cburton@downeybrand.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC., and
Defendants JOHN B. PRATHER and ROBERT MAGNANTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>        Plaintiff,<br><br>v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, JOHN R. PRATHER and ROBERT MAGNANTI,<br><br>        Defendants. | CASE NO.  2:13-cv-00907-JAM-EFB<br><br>**ORDER GRANTING DOWNEY BRAND LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTER-CLAIMANT, AUTOMATED GAMING TECHNOLOGIES, INC., AND DEFENDANTS, JOHN B. PRATHER AND ROBERT MAGNANTI**<br><br>Date:     March 11, 2015<br>Time:    9:30 a.m.<br>Dept:     Courtroom 6, 14th Floor<br>Judge:   Hon. John A. Mendez |
| AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation,<br><br>        Counter-Claimant,<br><br>v.<br><br>KEITH R. CLAYTON, and DOES 1 through 10, inclusive,<br><br>        Counter-Defendants. | |

///

1402311.1

1

This matter came before the Court on March 11, 2015, for a status conference and to reconsider Downey Brand LLP's Motion to Withdraw as Counsel for Defendant/Counter-Claimant, AUTOMATED GAMING TECHNOLOGIES, INC. ("AGT") and Defendants, JOHN B. PRATHER ("Prather") and ROBERT MAGNANTI ("Magnanti") ("Motion")  (Docket No. 159).  Matthew J. Weber, Esq. of Downey Brand LLP appeared on behalf of Downey Brand, LLP and as counsel for AGT, Prather and Magnanti, and Prather and Magnanti personally appeared. Gilbert J. Premo appeared as counsel for plaintiff and cross-defendant Keith R. Clayton ("plaintiff").

After review of the Motion, the Declaration of Matthew J. Weber, the Memorandum of Points and Authorities, and after conducting an *in camera* hearing with Prather, Magnanti and Matthew Weber, for good cause shown, the Court GRANTS Downey Brand LLP's Motion to Withdraw, as follows:

The Motion is granted and effective immediately as to Prather and Magnanti; the Motion is granted and effective as of April 10, 2015 as to withdrawal as counsel for AGT, to allow the parties to attend a settlement conference, which has been set for March 30, 2015, at 9:00 a.m. in Department 25, before Magistrate Judge Kendall Newman.  Until April 10, 2015, Downey Brand LLP shall only be required to represent AGT in connection with the settlement conference and is not required to represent it in any other issues or matters.

Furthermore, effective March 11, 2015, all discovery and discovery motions in this action are stayed until April 10, 2015.  Upon application of one of the parties, which may be ex-parte, the Court will grant a reasonable extension of the current discovery cut-off.

In any event, and notwithstanding the current discovery cut-off, the deposition of Robert Magnanti by plaintiff is set for, and absent contrary stipulation shall take place on, April 17, 2015, starting at 10:00 a.m. in Sacramento, California at the office of the court reporter selected by plaintiff, Keith R. Clayton. Plaintiff's counsel shall serve notice of the deposition, including its exact location.

The address to serve Defendant and Cross-Complainant Automated Gaming Technologies, Inc., and defendants John Prather and Robert Magnanti, is 6845 S. Escondido Street, #104 Las, Vegas, 89119.  The telephone number of said parties is 702-685-8415.

IT IS SO ORDERED.

DATED: 3/18/2015                    /s/ John A. Mendez_____
                                                   Honorable John A. Mendez
                                                   United States District Court Judge

**APPROVED AS TO FORM:**

DATED:  March 17, 2015

                                               /s/ *Gilbert J. Premo*
                                              GILBERT PREMO
                                              Attorney For Plaintiff & Cross-Defendant
                                              Keith R. Clayton