GILBERT J. PREMO (SBN 48503)
Attorney at Law
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:      (415) 974-6664
Facsimile:       (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

Henry M. Burgoyne, III (SBN 203748)
BURGOYNE LAW GROUP
870 Market Street, Suite 985
San Francisco, CA 94102
Telephone: (415) 795-4070
Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com

Attorney for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.,
and Defendants JOHN B. PRATHER and ROBERT MAGNANTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC. , a Nevada corporation, et al.<br><br>　　　　　　Defendants.<br>―――――――――――――――――――<br>AUTOMATED GAMING TECHNOLOGIES, INC. , a Nevada corporation,<br><br>　　　　　　Counter-Claimant,<br>vs.<br><br>KEITH R. CLAYTON,<br><br>　　　　　　Counter-Defendant. | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION TO  FURTHER MODIFY FIRST AMENDED STATUS (PRE-TRAIL SCHEDULING) ORDER**<br><br>**ORDER THEREON**<br>(**AS MODIFIED BY THE COURT**) |

Plaintiff and counter-defendant Keith R. Clayton ("plaintiff") and defendant and counter-claimant Automated Gaming Technologies, Inc. ("AGT"), and defendants John Prather ("Prather") and Robert Magnanti ("Magnanti") (AGT, Prather and Magnanti being hereinafter collectively referred to as "defendants"), respectfully submit this Stipulation and Proposed Order requesting the Court to modify, in the respects set below, the Court's 1st Amended Status (Pre-trial Scheduling) Order (Docket No. 84), as modified by the Court's Order modifying said Order entered herein on September 15, 2014 (Docket No. 148), and in support of said request submit the following demonstrating good cause for the parties' request, as required by Fed.R.Civ. P 16 (b):

1. On March 19, 2015, after a hearing on March 11, 2015, the Court entered its "Order Granting Downey Brand LLP's Motion to Withdraw as Counsel for Defendant and Counter-Claimant, Automated Gaming Technologies, Inc., and Defendants, John B. Prather and Robert Magnanti" (the "Withdrawal Order," Docket No. 197), effective immediately as to Prather and Magnanti, and effective April 10, 2015 as to AGT, but Downey Brand, LLP was in the interim relieved of any duty to represent AGT other than in connection with a settlement conference set for March 30, 2015.

2. In the Withdrawal Order, the Court, effective March 11, 2015, stayed all discovery and discovery motions for 30 days, until April 10, 2015, and stated that it would, upon application, grant a reasonable extension of current April 15, 2015 discovery cut-off. On March 11, 2015, plaintiff had pending two motions to compel, a Motion to Compel Defendant AGT to Produce Document Pursuant to Plaintiff's Fourth Document Request (Docket No. 185), and a Motion to Compel Defendant AGT to Produce Document Pursuant to Plaintiff's Fifth Document Request (Docket No. 189), set for hearing on April 8, 2015. By reason of the Withdrawal Order, Magistrate Judge Breenan on March 26, 2016 entering a Minute Order (Docket No. 198) denying those motions without prejudice, and vacating the April 8, 2015 hearing date.

3. Downey Brand LLP's motion to withdraw first came on for hearing on February 11,

1  2015, and was denied without prejudice at that time,, and the Court then set a status conference
2  for March 11, 2015, and ordered Prather and Magnanti to then personally appear (see Docket
3  No. 186). In opposition to the said motion to withdraw, plaintiff had submitted on January 28,
4  2015 a Declaration of his counsel (Docket No. 180)  listing nine (9) depositions plaintiff
5  planned to take by early March, 2015, as to which plaintiff's counsel had, on January 22, 2015,
6  requested agreeable dates from defendants' counsel.   At the hearing on February 11, 2015 the
7  Court advised plaintiff's counsel not to proceed with other than the depositions of Prather and
8  Magnanti prior to the hearing set for March 11, 2015. Plaintiff took the deposition of Prather on
9  March 10, 2015.  Plaintiff also took the deposition of Magnanti, originally noticed for March
10 10, reset by stipulation to the afternoon of March 11, and then postponed by reason of the
11 Withdrawal Order, on April 17, 2015 (as specially permitted by the terms of the Withdrawal
12 Order).

13      4.  On April 10, 2015, the Burgoyne Law Group, by Henry M Burgoyne, III, Esq., filed
14 Notice of Appearance as attorney for AGT, Prather and Magnanti.

15      5.   Plaintiff's counsel, Mr. Premo, and defendants' new counsel, Mr. Burgoyne, have
16 met and conferred, and agreed that in consideration of all of the foregoing,  an extension of the
17 April 15, 2015 discovery cut-off, and all dates after April 15, 2015 set forth in the Court's 1st
18 Amended Status (Pre-trial Scheduling) Order (Docket No. 84), as modified by the Court's
19 Order modifying said Order entered herein on September 15, 2014 (Docket No. 148),  for a
20 period of approximately five and one-half  months from the dates set forth in the said Order of
21 September 15, 2014 is reasonable and agreeable, and good cause exists therefor.

22      In consideration of the foregoing, the parties stipulate and request that the 1st Amended
23 Status (Pre-trial Scheduling) Order be modified as follows:
24      Discovery Cut-Off:   October 2, 2015
25      Dispositive motion filing:  November 4,  2015
26      Dispositive motion hearing: December 16, 2015 at 9:30 a.m.
27      Joint pretrial statement: January 20, 2016
28

STIPULATION TO FURTHER MODIFY FIRST AMENDED STATUS ORDER

Final Pretrial Conference: January 27, 2016 at 11:00 a.m.

Trial:   February 29, 2016 at 9:00 a.m.

/s/ _Gilbert J. Premo_____   Dated:  May 15, 2015
GILBERT J. PREMO
Attorney for Plaintiff and Cross-Defendant
KEITH R. CLAYTON


BURGOYNE LAW GROUP


By /s/ *Henry M. Burgoyne*_____   Dated:  May 14, 2015
    Henry M. Burgoyne, III
Attorney for Defendant and Cross-Complainant
Automated Gaming Technologies, Inc. and
Defendants John B. Prather and Robert Magnanti

### ORDER (<u>AS MODIFIED BY THE COURT</u>)

Based on the stipulation of the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the 1st Amended Status (Pre-trial Scheduling) Order be modified as follows:

Discovery Cut-Off:   October 2, 2015

Dispositive motion filing:  November 4, 2015

Dispositive motion hearing:   December 16, 2015 at 9:30 a.m.

Joint pretrial statement: January 22, 2016

Final Pretrial Conference: January 29, 2016 at 11:00 a.m.

Trial:   March 7, 2016 at 9:00 a.m.

  IT IS SO ORDERED.


  DATED:  May 15, 2015

  /s/ John A. Mendez_____
  JOHN A. MENDEZ
  UNITED STATES DISTRICT COURT JUDGE