GILBERT J. PREMO (Bar No. 48503)
Attorney at Law
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:      (415) 974-6664
Facsimile:       (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON


DONAHUE DAVIES LLP
JAMES R. DONAHUE  (Bar No. 105106)
REBEKAH MORRISSEY (Bar No. 287379)
P.O. Box 277010
Sacramento CA 95827
Telephone:     (209) 817 2900
Facsimile: (916) 817-2644
JDonahue@donahuedavies.com
RMorrissey@donahuedavies.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>            Plaintiff,<br><br>     v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>            Defendants.<br><br>_____<br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AGT TO  PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S FIFTH DOCUMENT REQUEST**<br><br>**[PROPOSED] ORDER THEREON**<br><br>New Hrg. Date: Sept. 23, 2015<br>Previous Hrg. Date: Sept. 16, 2015<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>     Courtroom 8, 13th Floor |

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's " Motion to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to

Plaintiff's Fifth Request for Production of Documents, and to Recover the Reasonable Expenses of the Motion," filed and served on August 26, 2015, and previously set for hearing on September 16, 2015, at 10:00 a.m. in Courtroom 8, 13th Floor, of the above-entitled Court, before Judge Edmund F. Brennan, may and shall hereby be continued to September 23 2015, at the same hour and place.

    Respectfully submitted.

    Dated:  September. 3, 2015   /s/ *Gilbert J. Premo*_____
                                                  GILBERT J. PREMO
                                                  Attorney for Plaintiff and Counter-Defendant
                                                  KEITH R. CLAYTON

    Dated:  September 3,  2015   DONAHUE DAVIES LLP

                                                  By /s/ *Rebekah Morrissey*_____
                                                  REBEKAH MORRISSEY
                                                  Attorneys for Defendant and Counter-Claimant
                                                  AUTOMATED GAMING TECHNOLOGIES, INC.

    IT IS SO ORDERED, and the said hearing is continued to:

September 23, 2015, at 10:00 a.m.

DATED:  September 8, 2015.

                                                  _____
                                                  EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE