GILBERT J. PREMO (Bar No. 48503)
Attorney at Law
500 Northfield Lane
Lincoln, CA  95648-8321
Telephone:     (415) 974-6664
Facsimile:      (415) 762-5350
gilbertpremo@gmail.com

Attorney for Plaintiff and Counter-Defendant
KEITH R. CLAYTON

DONAHUE  DAVIES LLP
JAMES R. DONAHUE  (Bar No. 105106)
REBEKAH MORRISSEY (Bar No. 287379)
P.O. Box 277010
Sacramento CA 95827
Telephone:    (209) 817 2900
Facsimile: (916) 817-2644
JDonahue@donahuedavies.com
RMorrissey@donahuedavies.com

Attorneys for Defendant and Counter-Claimant
AUTOMATED GAMING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>             Plaintiff,<br><br>     v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.<br><br>             Defendants.<br>_____<br>AND RELATED COUNTERCLAIM | Case No.  2:13-cv-00907-JAM-EFB<br><br>**STIPULATION TO FURTHER CONTINUE HEARING  ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT AGT TO PRODUCE DOCUMENTS PURSUANT TO PLAINTIFF'S FOURTH DOCUMENT REQUEST**<br><br>**[PROPOSED] ORDER THEREON**<br><br>New Hrg. Date: Oct. 7, 2015<br>Previous Hrg. Date: Sept. 23,  2015<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Brennan<br>   Courtroom 8, 13th Floor |

The undersigned parties hereby stipulate and agree that the hearing on plaintiff's "Motion to Compel Defendant Automated Gaming Technologies, Inc. to Produce Documents Pursuant to

1394872.1                                                                 1

Plaintiff's Fourth Request for Production of Documents, and to Recover the Reasonable Expenses of the Motion," filed and served on August 26, 2015, and previously set for hearing on September 23,, 2015, at 10:00 a.m. in Courtroom 8, 13th Floor, of the above-entitled Court, before Judge Edmund F. Brennan, may and shall hereby be continued to October 7, 2015, at the same hour and place.

This stipulation is made in consideration of the fact that: (1) Judge Mendez has today entered an Order extending the discovery cut-off to October 23, 2015 (Docket No. 214); (2) the parties have scheduled a mediation for September 17, 2015; and (3) the parties are continuing to meet and confer regarding the subject Document Request.

Respectfully submitted.


Dated: September 14, 2015        /s/ *Gilbert J. Premo*_____
                                 GILBERT J. PREMO
                                 Attorney for Plaintiff and Counter-Defendant
                                 KEITH R. CLAYTON

Dated: September 14, 2015        DONAHUE DAVIES LLP


                                 By /s/ *Rebekah Morrissey*_____
                                 REBEKAH MORRISSEY
                                 Attorneys for Defendant and Counter-Claimant
                                 AUTOMATED GAMING TECHNOLOGIES, INC.


IT IS SO ORDERED, and the said hearing is continued to October 14, 2015, at 10:00 a.m.

DATED: September 17, 2015.

                                 _____
                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE