UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH R. CLAYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATED GAMING TECHNOLOGIES, INC., a Nevada corporation, et al.,<br><br>    Defendants. | No. 2:13-cv-907-JAM-EFB<br><br>**ORDER ENFORCING JUDGMENT** |

The Court issued an order on October 15, 2015 ordering Defendant Automated Gaming Technologies ("AGT") to pay Plaintiff Keith Clayton ("Clayton") $200,000.00 in several installment payments. 10/15/15 Order, ECF No. 221. The Order states that if AGT fails to make an installment payment, "$200,000.00 shall become immediately due and payable by AGT to Clayton." Id. at 2. The Order further states:

> "[i]n the event of any such default in payment which has continued for ten (10) or more days after such written notice of default, Clayton may apply to the Court . . . for entry of a[n] order against AGT that it immediately pay to Clayton the entire remaining unpaid balance of the originally agreed sum of

1

|     |     |
| --- | --- |
| 1   | $200,000.00, interest on past due balances, and reasonable attorney fees incurred in obtaining the said order. |
| 2   |     |
| 3   | Id. at 2-3. |

Clayton now moves to enforce the judgment.[1] ECF No. 222. Clayton indicates in a declaration by his attorney that AGT has not made the January 2017 installment payment as required by the Court's order. Premo Decl. ¶ 6, ECF No. 224. AGT has not filed an opposition to the motion, and any opposition by AGT was due on April 4, 2017.

Pursuant to its previous Order, the Court GRANTS Clayton's motion to enforce the judgment and orders as follows:

1. AGT must immediately pay the entire remaining unpaid balance of the $200,000.00 judgment to Clayton, plus interest thereon at the legal rate from January 27, 2017.
2. AGT shall pay Clayton $2,000.00 for his reasonable attorney fees incurred in obtaining this enforcement order;
3. No other provisions of the Order or of the Settlement Agreement dated October 2, 2015, are hereby affected. The Court retains jurisdiction to enforce the Settlement Agreement, the October 15, 2015 Order, and this enforcement order.

IT IS SO ORDERED.

Dated: April 10, 2017

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was scheduled for April 8, 2016.